OPINION PER CURIAM, October 18, 1965:
Decree affirmed, each party to pay own costs.
Mr. Justice MUSMANNO dissents.

Cavalcante, Appellant, v. Fayette County
Board of Elections.

Argued October 12, 1965. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Anthony Cavalcante,* for appellant.

*Joseph P. Matuschak,* with him *Thomas A. Waggoner* and *Philip. O. Carr,* for appellees.

OPINION PER CURIAM, October 18, 1965:
Decree affirmed, each party to pay own costs.
Mr. Justice MUSMANNO dissents.

Horvitz, Appellant, v. Lowenthal.

Argued October 5, 1965. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN and O'BRIEN, JJ.

re-
argument refused January 22, 1966.

*Emerson G. Hess*, with him *Robert N. Peirce, Jr.*, and *Hess, Hess and Bagley*, for appellant.

*David M. Kaufman*, with him *Herbert B. Sachs*, for appellees.

OPINION PER CURIAM, November 9, 1965:
Decree affirmed; costs to be divided equally among the parties.

Mellon National Bank & Trust Co. *v.* Pittsburgh & Lake Erie Railroad Company, Appellant.

Argued September 30, 1965. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.